Bankruptcy Law Office of Attorney Richard A. Check, S.C.

757 N Broadway, Suite 401

Milwaukee, WI 53202

Invoice for: Shelly and Robert Anderson

File No.: 15-552

2798 Fenmore Lane

Suamico, WI 54313

## Chapter 13 Invoice

| Services Rendered | Hours | Fee |
|---|---|---|
| 11/4/15 Meeting with Attorney (RC) | 1.0 | No Charge |
| 11/4/15 Open New File Matter (EK) | 1.0 | $140.00 |
| 11/4/15 Run Mean Test for Above Median Client (RC) | 1.2 | $420.00 |
| 11/17/15 Prepare Case for Deficiency Filing (RC) | 0.4 | $140.00 |
| 11/17/15 File Bankruptcy Case (RC) | 0.6 | $210.00 |
| 11/19/15 Meeting with Attorney (RC) | 1.0 | $350.00 |
| 11/22/15 Type Schedules, Means Test, Statement of Financial Affairs (SC) | 2.2 | $308.00 |
| 11/30/15 Attorney Review/Signing of Schedules (RC) | 0.4 | $140.00 |
| 12/1/15 Finish Preparing Petition, Schedules and Statement of Financial Affairs, Plan (EK) | 0.7 | $98.00 |
| 12/1/15 File Deficiency Schedules (RC) | 0.5 | $175.00 |
| 12/1/15 Filed Chapter 13 Plan (RC) | 0.5 | $175.00 |
| 12/1/15 Notes to File and to Staff RE: Chapter 13 Case and Filing (SC) | 0.4 | $56.00 |
| 12/4/15 Draft and File Initial Payroll Order (RC) | 0.3 | $105.00 |
| 12/8/15 Draft and File Correspondence for Payroll Deduction with Notes to File (RC) | 0.3 | $105.00 |
| 12/9/15 Draft and File Motion to Participate in Mortgage Modification Program with Notes to File (RC) | 0.5 | $175.00 |
| 1/7/16 Prepare File for 341 Hearing (RC) | 0.3 | $105.00 |
| 1/7/16 Represent Client at 341 Hearing (RC) | 0.5 | $175.00 |
| 1/7/16 Notes to File, Meet with Paralegal RE: 341 Hearing Changes to File (RC) | 0.4 | $140.00 |
| 2/3/16 Review of Withdrawal of Consent to Mortgage Modification with Notes to File (RC) | 0.2 | $70.00 |
| 3/24/16 Review of Motion for Relief with Notes to File (RC) | 0.2 | $70.00 |
| 4/4/16 Draft and File Objection to Motion for Relief with Notes to File (RC) | 0.5 | $175.00 |
| 4/19/16 Prepare File for Motion for Relief Hearing (RC) | 0.2 | $70.00 |
| 4/19/16 Represent Clients at Motion for Relief Hearing with Notes to File and Call to Clients (RC) | 0.6 | $210.00 |

| | | |
|---|---|---|
| 5/5/16 Stipulation with Creditor RE: Motion for Relief with Notes to File (RC) | 0.3 | $105.00 |
| 5/9/16 Draft and File Motion to Modify Plan (RC) | 0.6 | $210.00 |
| 5/9/16 Draft and File Amended Schedule J (RC) | 0.3 | $105.00 |
| | Subtotal: | $4,032 |
| **Additional Services Rendered Not Contemplated in Original Fee Agreement** | **Hours** | **Fee** |
| 6/17/16 Review of Motion to Dismiss with Notes to File (RC) | 0.2 | $70.00 |
| 6/28/16 Draft and File Motion to Modify Plan with Notes to File (RC) | 0.6 | $210.00 |
| 6/28/16 Draft and File Amended Schedule J (RC) | 0.3 | $105.00 |
| 7/6/16 Review of Objection to Confirmation with Notes to File (RC) | 0.2 | $70.00 |
| 7/7/16 Draft and File Objection to Motion to Dismiss with Notes to File (RC) | 0.6 | $210.00 |
| 8/2/16 Draft and File Motion to Modify Plan with Notes to File (RC) | 0.6 | $210.00 |
| 8/2/16 Draft and File Amended Schedule J with Notes to File (RC) | 0.2 | $70.00 |
| 8/2/16 Stipulation Made with Trustee's Office RE: Motion to Dismiss with Notes to File (RC) | 0.3 | $105.00 |
| 8/2/16 Draft and File Proposed Order RE: Motion to Dismiss with Notes to File (RC) | 0.4 | $140.00 |
| 6/6/17 Draft & File Application & Notice for Administrative Expenses (JS) | 1.0 | $140.00 |
| | **SUBTOTAL Original Chapter 13 Fees from Above:** | **$4,032** |
| | **Less Courtesy Discount:** | **$60** |
| | **TOTAL Original Chapter 13 Fees:** | **$4,000** |
| | **Less Amount Paid as Deposit:** | **$1,720** |
| | **Amount to be Paid Through the Chapter 13 Plan** | **$2,280** |
| | **Less Amount Paid Through Chapter 13 Plan:** | **$2,280** |
| | **Total Amount to be Paid as of the Date of this Application:** | **$0** |
| | **Add the Amount for Additional Services Rendered** | **$1,330** |
| | **GRAND TOTAL: Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application** | **$1,330** |

| Initials | Name | Position | Billing Rate |
|---|---|---|---|
| R.C. | Richard Check | Attorney | $350 |
| J.S. | Justine Swenson | Paralegal | $140 |
| S.C. | Sam Check | Paralegal | $140 |
| E.K. | Erin Kastens | Paralegal | $140 |

**Education and Experience**

**RC – Attorney – 18 Years Owning Firm**

JS – Bachelor's Degree – University of Wisconsin Milwaukee – 3 Years Legal/Paralegal Experience

SC – Bachelor's Degree – Current Law Student at Marquette University – 4 Years Legal/Paralegal Experience

EK – Paralegal Certificate – 9 Years Legal/Paralegal Experience